FILED ✓     RECEIVED
ENTERED     SERVED ON
COUNSEL/PARTIES OF RECORD

FEB 2 5 2011

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| GILBERT JAY PALIOTTA, | 3:09-cv-0194-RCJ-RAM |
| Plaintiff, | |
| v. | **ORDER** |
| BROOKS, et al., | |
| Defendants. | |

Before the Court is the Report and Recommendation of U.S. Magistrate Judge Robert A. McQuaid, Jr., (#28[1]) entered on February 3, 2011, recommending Defendants' motion to dismiss be granted. Plaintiff filed his Objection to the Report and Recommendation (#29) on February 14, 2011, and Defendants filed a Response to Objection (#30) on February 18, 2011.

The Court has conducted it's *de novo* review in this case, has fully considered the objections of the Plaintiff, the pleadings and memoranda of the parties and other relevant matters of record pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule IB 3-2. The Court determines that the Magistrate Judge's Report and Recommendation (#28) entered on February 3, 2011, should be adopted and accepted.

IT IS HEREBY ORDERED that the Magistrate Judge's Report and Recommendation (#28) entered on February 3, 2011, is adopted and accepted, and Defendants' Motion to Dismiss (#23) is GRANTED as follows:

All of Plaintiff's claims asserted in Paliotta II are dismissed with prejudice as to all named Defendants as a result of claim preclusion, except that:

(1) Plaintiff's potential Eighth Amendment claim arising from the February 11 and 13, 2008 alleged incidents of assault is dismissed without prejudice because Plaintiff fails to link any named

---

[1]Refers to court's docket number.

1 | Defendant with the alleged constitutional violation;

2 |      (2) Plaintiff's potential First Amendment claim of access to the courts arising from the February

3 | 11, 2008 search of his cell is dismissed without prejudice because Plaintiff failed to link any named

4 | Defendant with the alleged constitutional violations;

5 |      (3) Plaintiff's potential state law claims under NRS arising from the February 11 and 13, 2008

6 | alleged incidents of assault are dismissed without prejudice because the court declines to exercise

7 | supplemental jurisdiction pursuant to 28 U.S.C. § 1367.

8 |

9 |      IT IS SO ORDERED.

10 |      DATED: This 25th day of February, 2011.

ROBERT C. JONES
UNITED STATES DISTRICT JUDGE